CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
BENJAMIN M. CROSSON, State Bar No. 247560
Email: bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

JESSICA L. SNORGRASS, State Bar No. 259962
Email: jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY T. GREEN, LAURA SCHENKEIN, and SAMANTHA JACOBSON,<br><br>Defendants, | Case No.: 2:25-cv-01936 RGK (KSx)<br><br>**JOINT STIPULATION REGARDING RESPONSE TO COMPLAINT**<br><br>Complaint Filed: March 5, 2025<br>Current response date: May 6, 2025<br>New response date: TBD According to Order on Forthcoming Lead Plaintiff Motions<br><br>Judge: Hon. R. Gary Klausner |

1  Pursuant to Civil Local Rule 8-3, The Trade Desk, Inc., Jeffrey Terry Green,
2  Laura Schenkein, and Samantha Jacobson ("Defendants"), and the New England
3  Teamsters Pension Fund ("Plaintiff") (together with Defendants, the "Parties"), by
4  and through their counsel, hereby stipulate to the following:

5  WHEREAS, on March 5, 2025, Plaintiff commenced this action by filing a
6  putative Class Action Complaint ("Complaint") against Defendants and published
7  notice of the action to shareholders that day;

8  WHEREAS, the above-captioned action is related to two other actions filed
9  in this District: *United Union of Roofers, Waterproofers & Allied Workers Local*
10 *Union No. 8 WBPA Fund v. The Trade Desk, Inc., et al.*, Case No. 2:25-cv-1396
11 (filed on February 19, 2025); and *Savorelli v. The Trade Desk, Inc., et al.*, Case No.
12 2:25-cv-01915 (filed on March 5, 2025);

13 WHEREAS, this action asserts claims for relief under Section 10(b) and 20(a)
14 of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78(a), and it is
15 accordingly governed by the Private Securities Litigation Reform Act (15 U.S.C.
16 §78u-4 *et seq*.) which provides that, following notice to the proposed class, the Court
17 must consolidate any substantially similar actions and appoint a lead plaintiff for
18 prosecution of the consolidated action;

19 WHEREAS, pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) motions for
20 appointment as lead plaintiff in this action are due on April 21, 2025 ("Lead Plaintiff
21 Motions");

22 WHEREAS, the hearing date for such motions is not yet set, but is likely to
23 be at least 28 days following opening briefs, or no sooner than May 19, 2025;

24 WHEREAS, pursuant to service waivers sent on March 7, 2025, Defendants'
25 response to the current complaint is due May 6, 2025, before the Lead Plaintiff
26 Motions will be heard;

27 WHEREAS, the Parties wish to avoid premature, duplicative, and potentially
28 unnecessary pleading at this stage, and have conferred regarding Defendants'

1  obligation to respond to the Complaint, and agree that in the interests of judicial
2  economy, conservation of time and resources, and orderly management of this
3  action, no Defendant shall have any obligation to respond to the Complaint until
4  after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the
5  PSLRA, and (ii) the lead plaintiff identifies or files an operative complaint in this
6  action;

    WHEREAS, there have been no prior requests for extensions of time in this action;

    NOW, THEREFORE, counsel for Plaintiff and Defendants stipulate and agree to the following:

    1.  Defendants shall have no obligation to respond to the existing complaint in this action at this time.

    2.  Within fourteen (14) days after a lead plaintiff is appointed by the Court, counsel for the lead plaintiff and counsel for the Defendants shall confer and submit to the Court a proposed briefing schedule for the filing of an amended complaint and any responsive briefing;

    3.  Plaintiff and Defendants agree that neither the existence nor filing of this stipulation, the terms thereof, nor the entry of any party into this stipulation may be used as evidence either in support of or against any argument or defense that the parties may later make or raise, including arguments in connection with the parties' claims or defenses.

**IT IS SO STIPULATED.**

Dated: March 14, 2025                    Respectfully submitted,

                                         **WILSON SONSINI GOODRICH & ROSATI**
                                         Professional Corporation
                                         /s/ *Caz Hashemi*
                                         Caz Hashemi

-3-

|   |   |   |
|---|---|---|
| | | Caz Hashemi (SBN 210239) |
| | | Benjamin M. Crosson (SBN 247560) |
| | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| | | Telephone: (650) 493-9300 |
| | | chashemi@wsgr.com |
| | | bcrosson@wsgr.com |
| | | Jessica L. Snorgrass (SBN 259962) |
| | | 1900 Avenue of the Stars, 28th Floor |
| | | Los Angeles, CA 90067 |
| | | Telephone: (424) 446-6900 |
| | | jsnorgrass@wsgr.com |

*Attorneys for Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson*

Dated: March 14, 2025                **LABATON KELLER SUCHAROW LLP**
/s/ *Francis P. McConville (with permission)*
Francis P. McConville (*pro hac vice*)

Francis P. McConville (*pro hac vice*)
140 Broadway
New York, NY 1005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

*Counsel for Plaintiff and the Proposed Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbslaw.com

Christopher R. Pitoun (SBN 290235)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

301 North Lake Avenue
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

*Liaison Counsel for Plaintiff*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

By: /s/ *Caz Hashemi*
Caz Hashemi

*Attorneys for Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson*